UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-cv-81791-BLOOM/VALLE

HOWARD COHAN,

    Plaintiff,

vs.

JERRY'S ART SUPPLY
WAREHOUSE WPB LLC,

    Defendant.
_____/

**NOTICE OF RELATED AND SIMILAR ACTION PURSUANT TO S.D. FLA. L.R. 3.8**

    Defendant, JERRY'S ART SUPPLY WAREHOUSE WPB LLC ("Defendant"), by and through its undersigned counsel, and pursuant to S.D. Fla. L.R. 3.8 and Section 2.15.00 of the Internal Operating Procedures of the United States District Court for the Southern District of Florida, hereby give notice to the Court and counsel for Plaintiff, HOWARD COHAN ("Plaintiff"), of the Plaintiff's contemporaneous filing of a related and substantially similar action as set forth herein.

    In particular, on October 26, 2016, Plaintiff filed a nearly identical Complaint in this Court against Defendant's affiliate encaptioned Howard Cohan v. Jerry's Artarama South, Inc., Case No. 16-cv-62525-MORENO (the "Related Action").  The Related Action includes identical assertions except for the name of the Defendant and the location of the art supply store.   The Complaint in the Related Action asserts the same or substantially similar ADA causes of action that Plaintiff seeks to assert in the instant case.  Defendant has or will file a substantially similar Motion to Dismiss in the Related Action as has been filed herein.

Dated: November 17, 2016

Respectfully submitted,

MOSKOWITZ, MANDELL, SALIM & SIMOWITZ, P.A.
Attorneys for Defendant
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
Telephone: (954) 491-2000
Facsimile: (954) 491-2051
E-mail: wsalim@mmsslaw.com


By:/s/ William G. Salim, Jr.
    WILLIAM G. SALIM, JR.
    Florida Bar No. 750379

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on November 17, 2016 by transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

/s/ William G. Salim, Jr.
WILLIAM G. SALIM, JR.

## SERVICE LIST

Mark D. Feinstein, Esq.
E-mail: fspa@fspalaw.com
Feinstein & Sorota, P.A.
7901 SW 6th Court, Suite 305
Plantation, FL 33324
Telephone: (954) 617-1500
Facsimile: (954) 617-4100

Neil S. Odessky, Esq.
E-mail: odesskylawpleadings@gmail.com
Law Offices of Neil S. Odessky, P.A.
7901 SW 6th Court, Suite 305
Plantation, FL 33324
Telephone: (954) 617-1100

Facsimile:   (954) 617-1300
*Attorneys for Plaintiff, Howard Cohan*